No. 72–1338. GIANT OF MARYLAND, INC. *v.* STATE'S ATTORNEY FOR PRINCE GEORGES COUNTY. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 72–1365. LILLIAN B. A. *v.* ARTHUR O. S. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 72–6506. SMITH *v.* CALIFORNIA. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 72–5924. KING *v.* WEST VIRGINIA. Appeal from Cir. Ct. W. Va., Marion County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6412. QUINN *v.* UNITED STATES. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6047. LAURSEN *v.* CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.